UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FRANCIS BAUNER (#405665)

VERSUS

SHIRLEY COODY, ET AL

CIVIL ACTION

NUMBER 12-314-BAJ-SCR

**RULING**

The Court has carefully considered the motion to dismiss, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated January 25, 2013 (doc. no. 29), and the objection filed by defendants Jason Collins and Kenneth Norris (doc. 31).

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion to dismiss on by defendants Asst. Shirley Coody, Asst. Warden Kenneth Norris, Dr. Jonathan Roundtree, Dr. Jason Collins, Dr. Hal McMurdo and Sharon Dunbar is denied.

Baton Rouge, Louisiana, February 27, 2013.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA