UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**FRANCIS BRAUNER**                                                    **CIVIL ACTION**

**VERSUS**                                                                         **No. 12-314**

**SHIRLEY COODY ET AL.**                                            **SECTION I**

### ORDER

Having considered the record, the applicable law, the Report and Recommendation[1] of the U.S. Magistrate Judge, and the objection[2] by plaintiff, Francis Brauner, the Court approves the Report and Recommendation of the U.S. Magistrate Judge and adopts it as its opinion in this matter.

To the extent that plaintiff's objection seeks a ruling relative to Rule 404(b) of the Federal Rules of Evidence, the Court finds this request premature. To the extent that plaintiff's objection seeks to determine the names and employment statuses of certain individuals, such relief exceeds the scope of the underlying cross motions for partial summary judgment.[3]

Accordingly,

**IT IS ORDERED** that plaintiff's objection is **OVERRULED**.

**IT IS FURTHER ORDERED** that plaintiff's cross motion for partial summary judgment is **DENIED**.

**IT IS FURTHER ORDERED** that defendants' motion for partial summary judgment is **GRANTED IN PART** and that all claims arising before January 18, 2011, are **DISMISSED WITH PREJUDICE**.

---

[1] R. Doc. No. 75.

[2] R. Doc. No. 76.

[3] R. Doc. Nos. 57 & 62.

**IT IS FURTHER ORDERED** that defendants' motion for partial summary judgment is **DENIED** in all other respects.

New Orleans, Louisiana, February 12, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**