**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

**FRANCIS BRAUNER**                                    **CIVIL ACTION**

**VERSUS**                                                        **No. 12-314**

**SHIRLEY COODY ET AL.**                          **SECTION I**

### ORDER

The Court, having considered the record, the applicable law, and the Report and Recommendation[1] of the U.S. Magistrate Judge, approves the Report and Recommendation of the U.S. Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the partial motion to dismiss by defendants, Tammy Jack, Sherwood Poret, Dr. Randy Lavesphere, and Kym Plylar is **DENIED**.

New Orleans, Louisiana, February 12, 2014.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1]R. Doc. No. 41.