# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**FRANCIS BRAUNER**                                                                **CIVIL ACTION**

**VERSUS**                                                                               **No. 12-314**

**SHIRLEY COODY ET AL.**                                          **SECTION I**

## ORDER

Having considered plaintiff's objection[1] to the Partial Report and Recommendation[2] of the U.S. Magistrate Judge, the Court concludes that genuine issues of material fact preclude a grant of summary judgment in favor of defendants.

Plaintiff's objection does not undermine, however, the Partial Report and Recommendation with respect to plaintiff's remaining motions,[3] especially insofar as plaintiff's trial date is less than two months away.

Accordingly,

**IT IS ORDERED** that defendants' motion[4] for summary judgment is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's cross motion[5] for summary judgment is **DENIED**.

---

[1] R. Doc. No. 107.

[2] R. Doc. No. 102.

[3] R. Doc. No. 72; R. Doc. No. 77; R. Doc. No. 78; R. Doc. No. 81; R. Doc. No. 82.

[4] R. Doc. No. 70.

[5] R. Doc. No. 72.

**IT IS FURTHER ORDERED** that plaintiff's motions[6] for a preliminary injunction and/or restraining order and plaintiff's motions[7] to dispense with the requirement of security are **DENIED**.

New Orleans, Louisiana, May 29, 2014.

LANCE M. AFRICK
**UNITED STATES DISTRICT JUDGE**

---

[6] R. Doc. No. 77; R. Doc. No. 81.
[7] R. Doc. No. 78; R. Doc. No. 82.